IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JECQUE HOWARD, PAUL NEAL, CAMERON BARNES, and JAMES GRAY, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, et al., <br><br> Defendants. | Case No. 12 C 8684 <br><br> JUDGE DER-YEGHIAYAN <br><br> MAGISTRATE JUDGE COLE |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Timothy J. Fiscella
Attorney for Plaintiffs
Law Office of Timothy J. Fiscella
53 W. Jackson, Suite 1750
Chicago, Illinois 60604
(312) 546-4885
Attorney No. 6292807
DATE: 8/30/13

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY: _____
Liza Franklin
Deputy Corporation Counsel
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 9/4/13

_____
Timothy P. Scahill
Attorney for Defendant Brown
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603

(312) 580-1030
Attorney No. 6287296
DATE: 9-5-13

_____
G̶a̶r̶y̶ ̶R̶a̶v̶i̶t̶z̶  ERIC S. PALLES
Attorney for Defendant Stacker
Ravitz & Palles, P.C.
203 N. LaSalle, Suite 2100
Chicago, IL 60601
(312) 558-1689
Attorney No. 2̶2̶9̶1̶4̶9̶5̶ 2136473
DATE: 9-4-13